**Order filed July 10, 2012, Withdrawn, Appeal Reinstated and Order filed July 19, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00594-CR
_____

**JACK M. MANISCALCO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-056387**

## ORDER

On July 10, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file appellant's brief. On July 17, 2012, appellant filed a motion to reinstate the appeal. Appellant's brief was filed July 16, 2012. The motion is GRANTED. Our order of July 10, 2012, is WITHDRAWN. The appeal is REINSTATED. Appellee's brief is due in thirty days.

PER CURIAM